UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY NUNNARI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  3:10-cv-01367-IPJ |
| ) | |
| MADELINE GRACE MITCHELL, ) | |
| ) | |
| Defendant ) | |

### MEMORANDUM OPINION

On April 24, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On May 7, 2012, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendant be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 8th day of May 2012.

                                  INGE PRYTZ JOHNSON
                                  U.S. DISTRICT JUDGE