UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY NUNNARI, | ) |
| Plaintiff | ) |
| vs. | ) Case No.  3:10-cv-01367-IPJ |
| MADELINE GRACE MITCHELL, | ) |
| Defendant | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that defendant's Motion for Summary Judgment is due to be and hereby is GRANTED with respect to all claims asserted by plaintiff in this action.  This action hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs.  The Clerk is DIRECTED to REASSIGN this action to the undersigned district judge.

DONE this 8th day of May 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE